USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/11/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------ X
UNITED STATES OF AMERICA,     :
                              :    No. 11 Cr. 755 (JFK)
   -against-             :    No. 20 Civ. 9097 (JFK)
                              :
JOVANNY RODRIGUEZ,        :    **ORDER**
                              :
          Defendant.    :
------------------------------ X

**JOHN F. KEENAN, United States District Judge:**

    On April 21, 2021, the Court ordered Defendant Jovanny Rodriguez to clarify which of the two memoranda of law he filed should be considered in support of his habeas petition. (ECF No. 476.) On May 5, 2021, the Court received a letter from Rodriguez explaining that his second filed memorandum of law was intended as a supplemental brief in further support of his first filed memorandum of law.

    Accordingly, the Court will consider both memoranda in ruling on Rodriguez's habeas challenges which are grounded on the following claims: (1) that Rodriguez's trial counsel provided ineffective assistance; (2) that the initial arrest in this case was the product of false information; and (3) that the prosecution committed misconduct by suborning perjury during Rodriguez's trial.

    By no later than July 7, 2021, the U.S. Attorney's Office shall file an answer or other pleadings in response to

1

Rodriguez's motion. Absent further order, Rodriguez's habeas petition will be considered fully submitted as of that date.

The Court will mail a copy of this Order to Rodriguez today.

**SO ORDERED.**

Dated: New York, New York
May 5, 2021

*John F. Keenan*
John F. Keenan
United States District Judge